

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00228-CR

**FREDRICK VONSHA ROBERTSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 15-04071-CRF-85**

## ABATEMENT ORDER

On September 12, 2018, Appellant filed a motion to abate the appeal for findings of fact. This Court requested a response from the State. On October 24, 2018, the State filed a response and indicated that this Court should grant Appellant's motion and abate the appeal for findings of fact.

We abate this appeal to the trial court to make fact and conclusions of law. The supplemental clerk's record is ordered to be filed within 45 days of the date of this Order.

The motion to abate the appeal is granted. Appellant's brief is due 30 days after the

supplemental clerk's record is filed.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal abated
Order issued and filed November 7, 2018

